| | |
|---|---|
| David W. Cowles (dwc@tblaw.com)<br>State Bar No. 021034<br>Leonard J. McDonald, Jr. (ljm@tblaw.com)<br>State Bar No. 014228<br><br>**TB** TIFFANY & BOSCO<br>P.A.<br>THIRD FLOOR CAMELBACK ESPLANADE II<br>2525 EAST CAMELBACK ROAD<br>PHOENIX, ARIZONA 85016-4237<br>TELEPHONE: (602) 255-6000<br>FACSIMILE: (602) 255-0103<br><br>*Attorneys for Defendant Tiffany & Bosco, P.A.* | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| MARC J. FINDSEN and BETH K. FINDSEN,<br><br>Plaintiffs,<br><br>v.<br><br>TIFFANY & BOSCO, P.A.,<br><br>Defendant. | No. _____<br><br><br><br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that Defendant Tiffany & Bosco, P.A. ("T&B"), hereby removes to this court the above-captioned lawsuit from the Arizona Superior Court, Maricopa County, pursuant to 28 U.S.C. §§ 1441 and 1446 (West 2012) and Local Rule of Civil Procedure of the United States District Court for the District of Arizona ("Local Rule") 3.7. Removal is based on 28 U.S.C. § 1331 (West 2012).

///

///

///

///

///

-1-

## BACKGROUND

1. On October 12, 2012, Marc J. Findsen and Beth K. Findsen ("Plaintiffs") filed an action in the Superior Court of the State of Arizona, Maricopa County, entitled <u>Marc J. Findsen and Beth K. Findsen v. Tiffany & Bosco, P.A.</u>, No. CV2012-056169.

2. On October 12, 2012, Plaintiffs served T&B with a copy of the Summons and Complaint.

## THE COURT HAS FEDERAL QUESTION JURISDICTION

3. Removal of this action is proper under 28 U.S.C. § 1331 because Plaintiffs allege that T&B violated the Fair Debt Collection Practices Act ("FDCPA"), 15. U.S.C. §§ 1692-1692P (West 2012).

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

4. This removal is timely. Defendant was served on October 12, 2012. This Notice was timely filed within thirty days of October 12, 2012, in accordance with 28 U.S.C. § 1446(b).

5. Pursuant to 28 U.S.C. § 1446(d) and Local Rule 3.7, Defendants have, on this date, given written notice of and provided a copy of this Notice of Removal to Plaintiffs, and will promptly file a copy of the Notice of Removal with the Arizona Superior Court, Maricopa County.

6. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 3.7, attached hereto as Exhibit A are copies of all pleadings and other documents filed with the Arizona Superior Court, Maricopa County, or served on Defendant prior to this removal.

7. T&B reserves the right to amend or supplement this Notice of Removal.

8. In accordance with 28 U.S.C. § 1446(a), this Notice is signed pursuant to Federal Rule of Civil Procedure 11.

///

///

///

DATED this 1st day of November, 2012.

**TIFFANY & BOSCO**
P.A.

By: /s/ David W. Cowles
David W. Cowles
Leonard J. McDonald, Jr.
Third Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
***Attorneys for Tiffany & Bosco, P.A.***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of November, 2012, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

N/A

I hereby certify that on the 1st day of November, 2012, I mailed the foregoing document and any attachments to the following parties who are not CM/ECF registrants:

Beth K. Findsen
Law Office of Beth K. Findsen, PLLC
7279 East Adobe Drive, Suite 120
Scottsdale, Arizona 85255
*Attorney for Plaintiffs*

By: Kaleigh Peralta