David W. Cowles (dwc@tblaw.com)
State Bar No. 021034
Leonard J. McDonald, Jr.  (ljm@tblaw.com)
State Bar No. 014228

**TB TIFFANY & BOSCO** P.A.

THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
TELEPHONE: (602) 255-6000
FACSIMILE:   (602) 255-0103

*Attorneys for Defendant Tiffany & Bosco, P.A.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARC J. FINDSEN and BETH K. FINDSEN,<br><br>Plaintiffs,<br><br>v.<br><br>TIFFANY & BOSCO, P.A.,<br><br>Defendant. | No. _____<br><br>**CORPORATE DISCLOSURE STATEMENT FOR TIFFANY & BOSCO, P. A.** |

This Corporate Disclosure Statement is filed on behalf of Defendant Tiffany & Bosco, P.A. in compliance with the provisions of:

X Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporation party to an action in a district must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

___ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

___ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

X   No such corporation

___ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

___ Publicly held corporation, not a party to the case, with a financial interest in the outcome.

_____     Relationship_____

A supplemental disclosure statement will be filed upon any change in the information provided herein.

RESPECTFULLY SUBMITTED this 1st day of November, 2012.

**TIFFANY & BOSCO, P.A.**

By: */s/ David W. Cowles*
David W. Cowles
Leonard J. McDonald, Jr.
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
***Attorneys for Defendant Tiffany & Bosco, P.A.***

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2012, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

N/A

I hereby certify that on the 1st day of November, 2012, I mailed the foregoing document and any attachments to the following parties who are not CM/ECF registrants:

Beth K. Findsen
Law Office of Beth K. Findsen, PLLC
7279 East Adobe Drive, Suite 120
Scottsdale, Arizona 85255
*Attorney for Plaintiffs*

By: */s/ Kaleigh Peralta*