UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Findsen, et al** <br> PLAINTIFF(S) <br><br> v. <br><br> **Tiffany & Bosco PA** <br> DEFENDANT(S) | CASE NO. **CV-12-02349-PHX-SRB** <br><br> NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Notice of Removal #1* filed by *David Cowles*:

☒ Document not in compliance with Local Rule 7.1(c). Document must be in PDF format and text searchable.

**ACTION TAKEN BY THE COURT**

☒ DO NOT REFILE. The deficiency indicated above has been addressed by the Clerk.