David W. Cowles (dwc@tblaw.com)
State Bar No. 021034
Leonard J. McDonald, Jr. (ljm@tblaw.com)
State Bar No. 014228

**TB TIFFANY & BOSCO**
P.A.

THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016B4237
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0103

*Attorneys for Defendant Tiffany & Bosco, P.A.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARC J. FINDSEN and BETH K. FINDSEN,<br><br>Plaintiffs,<br><br>v.<br><br>TIFFANY & BOSCO, P.A.,<br><br>Defendant. | No. 2:12-cv-02349-SRB<br><br>**STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT** |

Plaintiffs, Marc J. Findsen and Beth K. Findsen, and Defendant Tiffany & Bosco, P.A., , by and through counsel undersigned, hereby stipulate to extend Defendant's Deadline to Respond to Complaint as follows.

Currently, Defendant's deadline for responding to the Complaint is November 8, 2012. Defendant's counsel's schedule makes responding by November 8, 2012, impracticable, and Plaintiffs and Defendant stipulate and agree that Defendant may have until November 22, 2012, to respond to the Complaint. This stipulation is made in good faith.

/ / /

/ / /

-1-

DATED this 5th day of November, 2012.

**TIFFANY & BOSCO** P.A.

By: */s/ David W. Cowles*
David W. Cowles
Leonard J. McDonald, Jr.
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
***Attorneys for Tiffany & Bosco, P.A.***

Law Office of Beth K. Findsen, PLLC

By: */s/ Beth K. Findsen with permission*
Beth K. Findsen
7279 East Adobe Drive, Suite 120
Scottsdale, Arizona 85255
***Attorney for Plaintiffs***

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2012, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

N/A

I hereby certify that on the 1st day of November, 2012, I mailed the foregoing document and any attachments to the following parties who are not CM/ECF registrants:

Beth K. Findsen
Law Office of Beth K. Findsen, PLLC
7279 East Adobe Drive, Suite 120
Scottsdale, Arizona 85255
*Attorney for Plaintiffs*

By: */s/ Gail Hardin*