# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARC J. FINDSEN and BETH K. FINDSEN,<br><br>Plaintiffs,<br><br>v.<br><br>TIFFANY & BOSCO, P.A.,<br><br>Defendant. | No. 2:12-cv-02349-SRB<br><br>**ORDER GRANTING STIPULATION EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT** |

Based upon the Stipulation Extending Defendant's Deadline To Respond to Complaint [Doc. 5], and good cause appearing,

IT IS HEREBY ORDERED that Defendant Tiffany & Bosco, P.A.'s deadline to answer or otherwise respond to Plaintiff's Complaint is extended until November 22, 2012.

Dated this 7th day of November, 2012.

_____
Susan R. Bolton
United States District Judge

-1-