David W. Cowles (dwc@tblaw.com)
State Bar No. 021034
Leonard J. McDonald, Jr. (ljm@tblaw.com)
State Bar No. 014228

**TB TIFFANY & BOSCO**
P.A.

THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016B4237
TELEPHONE: (602) 255-6000
FACSIMILE:  (602) 255-0103

*Attorneys for Defendant Tiffany & Bosco, P.A.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARC J. FINDSEN and BETH K. FINDSEN, <br><br> Plaintiffs, <br><br> v. <br><br> TIFFANY & BOSCO, P.A., <br><br> Defendant. | No. 2:12-cv-02349-SRB <br><br> **STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT** <br><br> (Second Request) |

Plaintiffs, Marc J. Findsen and Beth K. Findsen, and Defendant Tiffany & Bosco, P.A., , by and through counsel undersigned, hereby stipulate to extend Defendant's Deadline to Respond to Complaint as follows.

On November 5, 2012 the parties filed a Stipulation to Extend Defendant's Deadline to Respond to Complaint from November 8, 2012 to November 22, 2012 [Doc. 5]. On November 7, 2012, the Court issued an Order Granting Stipulation Extending Defendant's Deadline to Respond to Complaint to November 22, 2012 [Doc. 6].

The parties now realize that the deadline of November 22, 2012 is Thanksgiving Day. Additionally, many law firms, including Tiffany & Bosco, P.A., are closed on the day after Thanksgiving, Friday, 2012. The parties submit this stipulation to extend the deadline for Defendant's to Respond to Complaint to  Monday, November 26, 2012.

-1-

This stipulation is made in good faith and the parties agree that this brief extension of time will not prejudice either party.

DATED this 15th day of November, 2012.

**TIFFANY & BOSCO P.A.**

By: */s/ David W. Cowles*
David W. Cowles
Leonard J. McDonald, Jr.
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
***Attorneys for Tiffany & Bosco, P.A.***

Law Office of Beth K. Findsen, PLLC

By: */s/ Beth K. Findsen (with permission)*
Beth K. Findsen
7279 East Adobe Drive, Suite 120
Scottsdale, Arizona 85255
***Attorney for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of November, 2012, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

N/A

I hereby certify that on the 15th day of November, 2012, I mailed the foregoing document and any attachments to the following parties who are not CM/ECF registrants:

Beth K. Findsen
Law Office of Beth K. Findsen, PLLC
7279 East Adobe Drive, Suite 120
Scottsdale, Arizona 85255
*Attorney for Plaintiffs*

By: */s/ Gail Hardin*