1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

7

8

9  Marc J. Findsen and Beth K. Findsen,                    No. 2:12-cv-02349-SRB

10           Plaintiffs,

                                                          **ORDER GRANTING**
11 v.                                                     **STIPULATION EXTENDING**
                                                          **DEFENDANT'S DEADLINE TO**
12 Tiffany & Bosco, P.A.,                                 **RESPOND TO COMPLAINT**

13           Defendant.

14

15          Based upon the Stipulation Extending Defendant's Deadline To Respond to

Complaint [Doc. 7], and good cause appearing,
16
            IT IS HEREBY ORDERED that Defendant Tiffany & Bosco, P.A.'s deadline to
17
respond to Plaintiff's Complaint is extended until November 26, 2012.
18
                                         Dated this 15th day of November, 2012.
19

20

21
                                         _____
22                                                   Susan R. Bolton
                                               United States District Judge
23

24

25

26