David W. Cowles (dwc@tblaw.com)
State Bar No. 021034
Leonard J. McDonald, Jr. (ljm@tblaw.com)
State Bar No. 014228

**TB TIFFANY & BOSCO**
P.A.

THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016B4237
TELEPHONE: (602) 255-6000
FACSIMILE:   (602) 255-0103

*Attorneys for Defendant Tiffany & Bosco, P.A.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARC J. FINDSEN and BETH K. FINDSEN,<br><br>Plaintiffs,<br><br>v.<br><br>TIFFANY & BOSCO, P.A.,<br><br>Defendant. | No. 2:12-cv-02349-SRB<br><br>**STIPULATED MOTION TO EXTEND DEFENDANT'S DEADLINE TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiffs, Marc J. Findsen and Beth K. Findsen, and Defendant Tiffany & Bosco, P.A., , by and through counsel undersigned, hereby file this Stipulated Motion to Extend Defendant's Deadline to File a Reply in Support of its Motion to Dismiss as follows.

Currently, Defendant's deadline to file a reply in support of its motion to dismiss is Monday, December 24, 2012. Defendant's office is closed on Monday and Tuesday, December 24th and 25th which makes it impracticable to file its reply on December 24, 2012. Plaintiffs and Defendant hereby stipulate and agree that Defendant may have until January 4, 2013, to file its reply in support of its motion to dismiss. This stipulated motion is made in good faith.

/ / /

/ / /

-1-

DATED this 14th day of December, 2012.

**TIFFANY & BOSCO, P.A.**

By: */s/ David W. Cowles*
David W. Cowles
Leonard J. McDonald, Jr.
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
**Attorneys for Tiffany & Bosco, P.A.**

Law Office of Beth K. Findsen, PLLC

By: */s/ Beth K. Findsen (with permission)*
Beth K. Findsen
7279 East Adobe Drive, Suite 120
Scottsdale, Arizona 85255
**Attorney for Plaintiffs**

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2012, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

N/A

I hereby certify that on the 14th day of December, 2012, I mailed the foregoing document and any attachments to the following parties who are not CM/ECF registrants:

Beth K. Findsen
Law Office of Beth K. Findsen, PLLC
7279 East Adobe Drive, Suite 120
Scottsdale, Arizona 85255
*Attorney for Plaintiffs*

I further certify that on the 14th day of December, 2012, I mailed a copy of the foregoing document and any attachments to:

HONORABLE SUSAN R. BOLTON
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 522
401 West Washington Street, SPC 50
Phoenix, AZ 85003-2153

By: */s/ Gail Hardin*
    Gail Hardin