# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marc J. Findsen and Beth K. Findsen,<br><br>    Plaintiffs,<br><br>v.<br><br>Tiffany & Bosco, P.A.,<br><br>    Defendant. | No. 2:12-cv-02349-SRB<br><br>**ORDER GRANTING STIPULATED MOTION EXTENDING DEADLINE FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS** |

Based upon the Stipulated Motion Extending Deadline for Defendant to File a Reply in Support of its Motion to Dismiss, and good cause appearing,

IT IS HEREBY ORDERED that Defendant Tiffany & Bosco, P.A.'s deadline to file a reply in support of its Motion to Dismiss is extended until January 4, 2013.

Dated this 14th day of December, 2012.

_____
Susan R. Bolton
United States District Judge