Beth K. Findsen (023205)
Law Office of Beth K. Findsen, PLLC
7279 East Adobe Drive, Suite 120
Scottsdale, AZ 85255
(480) 584-6664
beth@findsenlaw.com
*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARC J. FINDSEN and BETH K. FINDSEN, | Case No. 2:12-cv-02349-SRB |
| Plaintiffs, | **NOTICE OF SUPPLEMENTAL DECISION** |
| v. | |
| TIFFANY & BOSCO, PA, et al., | |
| Defendant. | |

Plaintiffs, Marc J. Findsen and Beth K. Findsen ("Plaintiffs"), in support of their pending Response in Opposition to Motion to Dismiss, submit the attached Opinion of the Sixth Circuit Court of Appeals dated January 14, 2013, in case no. 10-3416, in case it may be of assistance to the Court. The Opinion addresses very similar issues regarding debt collection and foreclosure under the Fair Debt Collection Practices Act.

DATED this 16th day of January, 2013.

THE LAW OFFICES OF BETH K. FINDSEN, PLLC

By:/s/ Beth K. Findsen
Beth K. Findsen (023205)
7279 E. Adobe Drive Ste. D120
Scottsdale, Arizona 85255
*Attorney for Plaintiffs*

-1-
**NOTICE OF SUPPLEMENTAL DECISION**

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David Cowles
Tiffany & Bosco, PA
2525 E. Camelback Rd.
Suite 300
Phoenix, AZ 85016
*Attorney for Defendant*

By: BKF