David W. Cowles (dwc@tblaw.com)
State Bar No. 021034
Leonard J. McDonald, Jr. (ljm@tblaw.com)
State Bar No. 014228

**TB TIFFANY & BOSCO**
P.A.

THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016B4237
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0103
*Attorneys for Defendant Tiffany & Bosco, P.A.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARC J. FINDSEN and BETH K. FINDSEN, | No. 2:12-cv-02349-SRB |
| Plaintiffs, | **STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO FILE ANSWER COMPLAINT** |
| v. | |
| TIFFANY & BOSCO, P.A., | (First Request) |
| Defendant. | (Hon. Susan R. Bolton) |

Defendant Tiffany & Bosco, P.A. ("T&B") and Plaintiffs stipulate and agree that T&B may have until April 4, 2013, to answer Plaintiff's Complaint. T&B is in the process of retaining outside counsel, and needs additional time to answer. T&B and Plaintiffs agree that the extension of time will not interfere with any other deadlines. T&B and Plaintiffs therefore request that the Court enter the proposed Order lodged with this Stipulation (in the form attached as Exhibit A), which provides T&B the brief extension to April 4, 2013.

///

///

///

1

2  DATED this 20th day of March, 2013.

3                     **TIFFANY & BOSCO** P.A.

4

5                     By: /s/ *David W. Cowles*
                      David W. Cowles
6                     Leonard J. McDonald, Jr.
                      Third Floor Camelback Esplanade II
7                     2525 East Camelback Road
                      Phoenix, Arizona 85016-4237
8                     ***Attorneys for Tiffany & Bosco, P.A.***

9

10                    Law Office of Beth K. Findsen, PLLC

11

12                    By: /s/ *Beth K. Findsen (with permission)*
                      Beth K. Findsen
13                    7279 East Adobe Drive, Suite 120
                      Scottsdale, Arizona 85255
14                    ***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2013, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Beth K. Findsen
Law Office of Beth K. Findsen, PLLC
7279 East Adobe Drive, Suite 120
Scottsdale, Arizona 85255
*Attorney for Plaintiffs*

I further certify that on the 20th day of March, 2013, I mailed a copy of the foregoing document and any attachments to:

HONORABLE SUSAN R. BOLTON
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 522
401 West Washington Street, SPC 50
Phoenix, AZ 85003-2153

By: */s/ Victoria Kaiser*
     Victoria Kaiser