IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marc J. Findsen and Beth K. Findsen,<br><br>    Plaintiffs,<br><br>vs.<br><br>Tiffany & Bosco, P.A.,<br><br>    Defendant. | CV-12-02349-PHX-SRB<br><br>**ORDER** |

On March 20, 2013, Defendant filed a Stipulation to Extend Defendant's Deadline to File Answer.

IT IS ORDERED that the Stipulation to Extend will be denied within 3 days of the date of this order if counsel does not comply with the ECF Administrative Policies and Procedures Manual, Section II(G), specifically, subparagraph 1b.

DATED this 21st day of March, 2013.

_____
Susan R. Bolton
United States District Judge