# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marc J. Findsen, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Tiffay & Bosco, P.A., <br><br> Defendant. | No. 2:12-cv-02349-SRB <br><br> **ORDER GRANTING STIPULATION EXTENDING DEFENDANT'S DEADLINE TO FILE ANSWER** |

Based upon the Stipulation Extending Defendant's Deadline to file Answer, and good cause appearing,

IT IS HEREBY ORDERED that Defendant Tiffany & Bosco, P.A.'s deadline to file an answer to Plaintiff's Complaint is extended until April 4, 2013.

Dated this 22nd day of March, 2013.

_____
Susan R. Bolton
United States District Judge