OSBORN
MALEDON
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2793

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone   602.640.9000
Facsimile    602.640.9050

William J. Maledon, 003670
Chelsea Sage Durkin, 027401
OSBORN MALEDON, P.A.
2929 North Central Avenue
Suite 2100
Phoenix, Arizona 85012-2794
602-640-9000
wmaledon@omlaw.com
cdurkin@omlaw.com

Attorneys for Tiffany & Bosco, P.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marc J. Findsen and Beth K. Findsen, | Case: 2:12-cv-02349-SRB |
| Plaintiffs, | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** |
| vs. | |
| Tiffany & Bosco, P.A., | |
| Defendant. | |

    NOTICE IS HEREBY GIVEN that William J. Maledon and Chelsea Sage Durkin, of the law firm of Osborn Maledon, P.A., will appear as co-counsel for Defendant Tiffany & Bosco, P.A. in this matter.

    It is hereby requested that notices of all proceedings and copies of all pleadings in the above-entitled proceeding also be served upon counsel as follows:

> William J. Maledon
> Chelsea Sage Durkin
> OSBORN MALEDON, P.A.
> 2929 North Central Avenue, Suite 2100
> Phoenix, Arizona 85012-2794
> 602-640-9000
> wmaledon@omlaw.com
> cdurkin@omlaw.com

/ / /

/ / /

/ / /

/ / /

/ / /

DATED this 2nd day of April, 2013.

OSBORN MALEDON, P.A.


s/ Chelsea Sage Durkin
William J. Maledon
Chelsea Sage Durkin
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2794

Attorneys for Tiffany & Bosco, P.A.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2013, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/ Sara C. Sanchez
4803694