# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marc and Beth Findsen, ) | No. CV-12-2349-PHX-SMM |
| Plaintiffs, ) | |
| vs. ) | **ORDER** |
| Tiffany and Bosco, P.A., ) | |
| Defendant. ) | |

On May 20, 2013, a Preliminary Pretrial Conference was held in open Court pursuant to Rule 16(b) of the Federal Rules of Civil Procedure. (Doc. 24.) At the conference, the parties agreed to a modified schedule in hopes of resolving this litigation prior to utilizing the procedures and incurring the underlying costs for discovery, dispositive motions and trial.

Accordingly,

**IT IS HEREBY ORDERED** that all Initial Disclosures as defined in Federal Rule of Civil Procedure 26(a), if not already exchanged prior to the time of this Preliminary Pretrial Conference, shall be made no later than **Friday, May 31, 2013**, and other formal discovery is **stayed** pending the parties attempting to settle the lawsuit.

**IT IS FURTHER ORDERED** that the parties shall keep the Court informed regarding the possibility of settlement and should settlement be reached, the parties shall file a Notice of Settlement with the Clerk of the Court.

**IT IS FURTHER ORDERED** that if settlement is not reached that the parties shall

file a joint status report by **Friday, August 2, 2013**.

DATED this 22nd day of May, 2013.

_____
Stephen M. McNamee
Senior United States District Judge