Beth K. Findsen (023205)
Law Office of Beth K. Findsen, PLLC
7279 East Adobe Drive, Suite 120
Scottsdale, AZ 85255
(480) 584-6664
beth@findsenlaw.com
*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

MARC J. FINDSEN and BETH K. FINDSEN,

Plaintiffs,

v.

TIFFANY & BOSCO, PA, et al.,

Defendant.

Case No. 2:12-cv-02349-SMM

**NOTICE OF SERVICE OF DEFENDANT'S INITIAL RULE 26(a)(1) DISCLOSURES**

Plaintiffs, Marc J. Findsen and Beth K. Findsen ("Plaintiffs") by and through counsel undersigned, hereby gives notice of service of Plaintiff's Rule 26(a)(1) Initial Disclosures, through Defendant's counsel on this date.

DATED this 31st day of May, 2013.

                                            THE LAW OFFICES OF BETH K. FINDSEN, PLLC

                                            By:/s/ Beth K. Findsen
                                                  Beth K. Findsen (023205)
                                                  7279 E. Adobe Drive Ste. D120
                                                  Scottsdale, Arizona 85255
                                                  *Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Mr. William Maledon
Ms. Chelsea Sage Durkin
OSBORN MALEDON, PA
2929 North Central Avenue, Suite 2100
Phoenix, AZ 85012
Attorney for Defendant

David Cowles
TIFFANY & BOSCO, PA
2525 E. Camelback Rd.
Suite 300
Phoenix, AZ 85016
*Attorney for Defendant*

By: BKF

**NOTICE OF SERVICE OF PLAINTIFFS' INITIAL RULE 26 (f) DISCLOSURE**