William J. Maledon, 003670
Chelsea Sage Durkin, 027401
OSBORN MALEDON, P.A.
2929 North Central Avenue
Suite 2100
Phoenix, Arizona 85012-2794
602-640-9000
wmaledon@omlaw.com
cdurkin@omlaw.com

Attorneys for Tiffany & Bosco, P.A.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marc J. Findsen and Beth K. Findsen, <br><br> Plaintiffs, <br><br> vs. <br><br> Tiffany & Bosco, P.A., <br><br> Defendant. | Case: CV-12-2349-PHX-SMM <br><br> **NOTICE OF SERVICE OF DEFENDANT TIFFANY & BOSCO, P.A.'S INITIAL RULE 26.1 DISCLOSURE STATEMENT** |

Notice is hereby given that Defendant Tiffany & Bosco, PA served an original upon the parties via U.S. Mail and a copy via email of its Initial Disclosure Statement on May 31, 2013.

DATED this 31st day of May, 2013.

> By: s/Chelsea Sage Durkin
> William J. Maledon
> Chelsea Sage Durkin
> OSBORN MALEDON, P.A.
> 2929 North Central Avenue, Suite 2100
> Phoenix, Arizona 85012-2794
>
> Attorneys for Tiffany & Bosco, P.A.

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 31, 2013, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/ Sara C. Sanchez

4855572v1