Beth K. Findsen (023205)
Law Office of Beth K. Findsen, PLLC
7279 East Adobe Drive, Suite 120
Scottsdale, AZ 85255
(480) 584-6664
beth@findsenlaw.com
*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARC J. FINDSEN and BETH K. FINDSEN, | Case No. 2:12-cv-02349-SMM |
| Plaintiffs, | **NOTICE OF SERVICE OF PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO TIFFANY & BOSCO, P.A.** |
| v. | |
| TIFFANY & BOSCO, PA, et al., | |
| Defendant. | |

Plaintiffs, Marc J. Findsen and Beth K. Findsen ("Plaintiffs") by and through counsel undersigned, do hereby give notice that they have provided to the Defendant, Tiffany & Bosco, PA their First Set of Requests for Production to Tiffany & Bosco, P.A.

DATED this 6th day of June, 2013.


THE LAW OFFICES OF BETH K. FINDSEN, PLLC


By:/s/ Beth K. Findsen
       Beth K. Findsen (023205)
       7279 E. Adobe Drive Ste. D120
       Scottsdale, Arizona 85255
       *Attorney for Plaintiffs*

**NOTICE OF SERVICE OF PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO TIFFANY & BOSCO, P.A. TIFFANY & BOSCO, P.A**

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2013, I mailed the attached document to the following:

William J. Maledon
Chelsea Sage Durkin
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2794
Attorney for Tiffany & Bosco, PA

By: BKF

**NOTICE OF SERVICE OF PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO TIFFANY & BOSCO, P.A. TIFFANY & BOSCO, P.A**