William J. Maledon, 003670
Chelsea Sage Durkin, 027401
OSBORN MALEDON, P.A.
2929 North Central Avenue
Suite 2100
Phoenix, Arizona 85012-2794
602-640-9000
wmaledon@omlaw.com
cdurkin@omlaw.com

Attorneys for Tiffany & Bosco, P.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Marc J. Findsen and Beth K. Findsen, | Case: CV-12-2349-PHX-SMM |
|---|---|
| Plaintiffs, | **NOTICE OF SERVICE OF DISCOVERY** |
| vs. | |
| Tiffany & Bosco, P.A., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that on this date attorneys for Defendant Tiffany & Bosco, P.A. served on counsel of record for Plaintiffs, via e-mail and mail, the following documents:

1. Tiffany & Bosco, P.A.'s Responses to First Set of Requests for Production;
2. Tiffany & Bosco, P.A.'s Responses to First Set of Requests for Admission;
3. Tiffany & Bosco, P.A.'s Responses to First Set of Written Interrogatories;
4. Defendant's First Set of Interrogatories; and
5. Defendant's First Request For Production of Documents.

DATED this 9th day of July, 2013.

        OSBORN MALEDON, P.A.


By: s/ William J. Maledon
  William J. Maledon
  Chelsea Sage Durkin
  2929 North Central Avenue, Suite 2100
  Phoenix, Arizona 85012-2794

Attorneys for Tiffany & Bosco, P.A.

# CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2013, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

 s/ Jessica A. Lopez
4960375