Beth K. Findsen (023205)
Law Office of Beth K. Findsen, PLLC
7279 East Adobe Drive, Suite 120
Scottsdale, AZ 85255
(480) 584-6664
beth@findsenlaw.com
*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARC J. FINDSEN and BETH K. FINDSEN, <br><br> Plaintiffs, <br><br> v. <br><br> TIFFANY & BOSCO, PA, et al., <br><br> Defendant. | Case No. 2:12-cv-02349-SMM <br><br> **NOTICE OF SERVICE OF DISCOVERY** |

NOTICE IS HEREBY GIVEN that on this date, attorney for Plaintiffs, Marc J. Findsen and Beth K. Findsen, served on counsel of record for Defendant, Tiffany & Bosco, P.A., via e-mail and mail, the following documents:

1. Plaintiffs' Responses to Defendant's "First" Set of Written Interrogatories;
2. Plaintiffs' Responses to Defendant's "First" Written Requests for Production.

DATED this 8th day of August, 2013.

                              THE LAW OFFICES OF BETH K. FINDSEN, PLLC

                              By:/s/ Beth K. Findsen
                                  Beth K. Findsen (023205)
                                  7279 E. Adobe Drive Ste. D120
                                  Scottsdale, Arizona 85255
                                  *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2013, I mailed the attached document to the following:

William J. Maledon
Chelsea Sage Durkin
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2794
Attorney for Tiffany & Bosco, PA

By: BKF