OSBORN
MALEDON
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2793

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone   602.640.9000
Facsimile   602.640.9050

William J. Maledon, 003670
Chelsea Sage Durkin, 027401
OSBORN MALEDON, P.A.
2929 North Central Avenue
Suite 2100
Phoenix, Arizona 85012-2794
602-640-9000
wmaledon@omlaw.com
cdurkin@omlaw.com

Attorneys for Tiffany & Bosco, P.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Marc J. Findsen and Beth K. Findsen, | ) | Case: CV-12-2349-PHX-SMM |
| Plaintiffs, | ) ) ) | NOTICE OF DEPOSITION OF BETH K. FINDSEN |
| vs. | ) ) | |
| Tiffany & Bosco, P.A., | ) ) | |
| Defendant. | ) | |

**TO:   BETH K. FINDSEN**
**LAW OFFICE OF BETH K. FINDSEN, PLLC**
**7279 E. ADOBE DRIVE, SUITE 120**
**SCOTTSDALE, AZ 85255**

PLEASE TAKE NOTICE that Defendant Tiffany & Bosco, P.A. will depose, upon oral examination and pursuant to the Federal Rules of Civil Procedure, the person named below at the designated time and place, continuing until completed:

**Deponent**:        Beth K. Findsen

**Place**:          Osborn Maledon, P.A.
                 2929 North Central Avenue, Suite 2100
                 Phoenix, Arizona  85012

**Date and Time**:   September 11, 2013, at 9:00 a.m.

The testimony given shall be recorded by stenographic means.

/ / /

/ / /

/ / /

1     DATED this 21st day of August, 2013.

2                                OSBORN MALEDON, P.A.

By: s/Chelsea Sage Durkin
    William J. Maledon
    Chelsea Sage Durkin
    2929 North Central Avenue, Suite 2100
    Phoenix, Arizona 85012-2794

Attorneys for Tiffany & Bosco, P.A.

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2013, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/ Sara C. Sanchez

5043218v1

- 2 -