| ≊AO 435 (Rev. 10/05) | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | **FOR COURT USE ONLY** **DUE DATE:** |
|---|---|---|---|
| *Read Instructions on Back:* | | | |

| 1. NAME<br>BETH K. FINDSEN | 2. PHONE NUMBER<br>(480) 584-6664 | 3. DATE<br>9/25/2013 |
|---|---|---|

| 4. FIRM NAME<br>LAW OFFICES OF BETH K, FINDSEN. PLLC |||
|---|---|---|

| 5. MAILING ADDRESS<br>7279 E. ADOBE DRIVE SUITE 120 | 6. CITY<br>SCOTTSDALE | 7. STATE<br>AZ | 8. ZIP CODE<br>85255 |
|---|---|---|---|

| 9. CASE NUMBER<br>2:12-cv-02349-SMM | 10. JUDGE<br>STEPHEN M MCNAMEE | DATES OF PROCEEDINGS ||
|---|---|---|---|
| | | 11. 9/23/2013 | 12. |

| 13. CASE NAME<br>FINDSEN V. TIFFANY & BOSCO | LOCATION OF PROCEEDINGS ||
|---|---|---|
| | 14. PHOENIX | 15. STATE  AZ |

| 16. ORDER FOR | | | |
|---|---|---|---|
| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☑ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | 9/23/2013 |
| ☐ SENTENCING | | ENTIRE SCHEDULING | |
| ☐ BAIL HEARING | | CONFERENCE | |

18. ORDER

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS<br>(check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | | |
| 14 DAYS | ☑ | ☐ | | PAPER COPY ☐ | |
| 7 DAYS | ☐ | ☐ | | E-MAIL ☑ | |
| DAILY | ☐ | ☐ | | DISK ☐ | |
| HOURLY | ☐ | ☐ | | PDF FORMAT ☐ | |
| REALTIME | ☐ | ☐ | | ASCII FORMAT ☐ | |

| CERTIFICATION (19. & 20.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | E-MAIL ADDRESS |
|---|---|
| 19. SIGNATURE<br>/s/ Beth K. Findsen | **NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.** |
| 20. DATE  9/26/2013 | |

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY