# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marc and Beth Findsen,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Tiffany and Bosco, P.A.,<br><br>　　　　　Defendant. | No. CV-12-2349-PHX-SMM<br><br><br><br>**ORDER** |

The parties have notified the Court that they have reached a settlement as to all claims between them in this action and are in the process of finalizing settlement documents. (Doc. 53.) Good cause appearing,

**IT IS HEREBY ORDERED** that the parties have until **Friday, November 8, 2013** to file a stipulation for dismissal of this action signed by the parties. In the event that no such stipulation is filed, the parties shall attend a status conference scheduled for **Wednesday, November 20, 2013 at 2:30 p.m.** The status hearing will be vacated upon the parties filing an appropriate stipulation for dismissal.

DATED this 4th day of October, 2013.

　　　　　　　　　　　Stephen M. McNamee
　　　　　　　　　　　Senior United States District Judge