William J. Maledon, 003670
Chelsea Sage Durkin, 027401
OSBORN MALEDON, P.A.
2929 North Central Avenue
Suite 2100
Phoenix, Arizona 85012-2794
602-640-9000
wmaledon@omlaw.com
cdurkin@omlaw.com

Attorneys for Tiffany & Bosco, P.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marc J. Findsen and Beth K. Findsen, | Case: CV-12-2349-PHX-SMM |
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| Tiffany & Bosco, P.A., | |
| Defendant. | |

Having reached a settlement of all claims in this matter, Plaintiffs and Defendant hereby stipulate and agree that this action may be dismissed with prejudice, with each of the parties to bear their own costs and attorneys' fees.

DATED this 10th day of October, 2013.

            LAW OFFICES OF BETH K. FINDSEN, PLLC

            By: s/ William J. Maledon, w/permission
                Beth K. Findsen
                7279 E. Adobe Drive, Suite D120
                Scottsdale, AZ 85255

            Attorney for Plaintiffs


            OSBORN MALEDON, P.A.


            By: s/ William J. Maledon
                William J. Maledon
                Chelsea Sage Durkin
                2929 North Central Avenue, Suite 2100
                Phoenix, Arizona 85012-2794

            Attorneys for Tiffany & Bosco, P.A.

# CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2013, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/ Clare Choate
5114749