**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marc and Beth Findsen,<br><br>Plaintiffs,<br><br>vs.<br><br>Tiffany and Bosco, P.A.,<br><br>Defendant. | No. CV-12-2349-PHX-SMM<br><br><br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 47.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Wednesday, November 20, 2013 at 2:30 p.m.**

**IT IS FURTHER ORDERED** denying as moot Plaintiffs' motion for protective order. (Doc. 36.)

DATED this 11th day of October, 2013.

_____
Stephen M. McNamee
Senior United States District Judge